IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

MARIE HARTMANN,           )
                          )
        Plaintiff,        )
                          )
    v.                    )       1:10-cv-00327
                          )
DOLGENCORP, INC.          )
                          )
        Defendant.        )

**ORDER**

This matter is before the court on the Joint Motion for Order Approving Individual Settlement filed by and between Plaintiff Marie Hartmann and Defendant Dolgencorp, Inc. (Doc. 30.)

Based on the representations to the court, the agreement between the parties, and for good cause shown,

IT IS ORDERED that the Joint Motion for Order Approving Individual Settlement is GRANTED. The court approves the individual settlement reached by the Parties in this above-referenced matter.

IT IS FURTHER ORDERED that Plaintiff's individual cause of action in the above-styled and numbered individual cause against Defendant is hereby DISMISSED with prejudice and that each party shall bear his, her, or its own costs of court.

/s/ Thomas D. Schroeder
United States District Judge

July 21, 2011